# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              Plaintiff,<br>v.<br><br>DEMETRIUS D. BOGAN,<br><br>                             Defendant. | Case No. 17-CR-128-JPS<br><br>**ORDER** |

On July 25, 2017, the government filed a single-count Indictment charging the defendant with unlawfully possessing a firearm after having previously been convicted of a felony in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2). (Docket #1). On October 25, 2017, the defendant notified the Court of his intent to plead guilty to the Indictment and requested a hearing at which to enter his guilty plea. (Docket #27).

The parties appeared before Magistrate Judge William E. Duffin on November 3, 2017, to conduct a plea colloquy pursuant to Federal Rule of Criminal Procedure 11. (Docket #30). The defendant entered a plea of guilty as to the Indictment. *Id.* After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, Magistrate Duffin determined that the guilty plea was knowing and voluntary, and that the offense charged was supported by an independent factual basis containing each of the essential elements of the offense. (Docket #30 and #31).

Thereafter, Magistrate Duffin filed a Report and Recommendation with this Court, recommending that: (1) the defendant's plea of guilty be accepted; (2) a presentence investigation report be prepared; and (3) the defendant be adjudicated guilty and have a sentence imposed accordingly.

(Docket #31). Pursuant to General L. R. 72(c) (E.D. Wis.), 28 U.S.C. § 636(b)(1)(B), and Federal Rules of Criminal Procedure 59(b) or 72(b) if applicable, the parties were advised that written objections to that recommendation, or any part thereof, could be filed within fourteen days of the date of service of the recommendation.

To date, no party has filed such an objection.

The Court has considered Magistrate Duffin's recommendation and, having received no objection thereto, will adopt it.

Accordingly,

**IT IS ORDERED** that Magistrate Judge William E. Duffin's report and recommendation (Docket #31) be and the same is hereby **ADOPTED**.

Dated at Milwaukee, Wisconsin, this 30th day of November, 2017.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge